In the Matter of ANONYMOUS, an Attorney.

Submitted September 17, 2007; decided November 20, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of MARY E. CARRIERO et al., Appellants, v TOWN BOARD OF THE TOWN OF STILLWATER et al., Respondents.

Submitted October 1, 2007; decided November 20, 2007

Reported below, 41 AD3d 1011.

Motion for leave to appeal, insofar as made by Walter Yankowski, Cathy Yankowski and Paula Volpe, dismissed upon the ground that as to these appellants the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2); motion for leave to appeal otherwise denied.

BENNETT A. COHEN, Appellant, v WALLACE & MINCHENBERG et al., Respondents, et al., Defendants.

Submitted June 11, 2007; decided November 20, 2007

Reported below, 39 AD3d 689, 690, 691.

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal from the November 2004 Supreme Court order insofar as it denied reargument and affirming the Supreme Court order insofar as it denied renewal, dismissed upon the ground that such Appellate Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.